UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :   UNSEALING ORDER
                                :
        - v. -                  :   24 Cr. 648
                                :
JOANNA SMITH-GRIFFIN,           :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Matthew R. Shahabian;

It is found that the Indictment in the above-captioned action, 24 Cr. 648, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED

Dated:  New York, New York
        November 19, 2024

                                    _____
                                    HONORABLE STEWART D. AARON
                                    UNITED STATES MAGISTRATE JUDGE



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 19, 2024

**BY EMAIL**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Joanna Smith-Griffin*, **24 Cr. 648**

Dear Judge Aaron:

      I have attached indictment 24 Cr. 648, which charges Joanna Smith-Griffin with securities fraud, wire fraud, and aggravated identity theft. The indictment is sealed and has not yet been wheeled out. The Government respectfully requests that the indictment be unsealed and assigned to a United States District Judge. The case was designated Wheel B. A proposed Order is enclosed for the Court's consideration.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/
      Matthew R. Shahabian
      Assistant United States Attorney
      (212) 637-1046