UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
UNITED STATES OF AMERICA   :   TRANSPORTATION ORDER

       - v -   :   24 Cr. 648 (JGK)

JOANNA SMITH-GRIFFIN,   :

       Defendant.   :
------------------------------------------------ X

    Upon the application of Joanna Smith-Griffin, by her attorney, Andrew Dalack, Esq., Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby:

    ORDERED that the United States Marshals Service furnish Joanna Smith-Griffin with funds to cover the cost of travel between Raleigh, North Carolina, and New York, New York, for Ms. Smith-Griffin's court appearance, scheduled for December 3, 2024; and it is hereby further

    ORDERED that Ms. Smith-Griffin arrive in New York on the afternoon or evening of Monday, December 2, 2024; and it is hereby further

    ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

New York, New York
SO ORDERED:
December 2, 2024

_____
HONORABLE BARBARA MOSES
United States Magistrate Judge