UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.

JOANNA SMITH-GRIFFIN,

          Defendant.

24 Cr. 648 (JGK)

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel for Defendant Joanna Smith-Griffin in this case.

Dated:    December 3, 2024    Respectfully submitted,
           New York, New York

/s/ Neil Kelly
Neil P. Kelly
FEDERAL DEFENDERS OF NEW YORK, INC.
52 Duane Street, 10th Floor
New York, NY 10007
Tel.: (212) 417-8700
Email: neil_kelly@fd.org