UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

JOANNA SMITH-GRIFFIN,
                        Defendant.
-----------------------------------------------------------------X

24 cr 648 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, December 18, 2024, at 11:30am,** before the Honorable John G. Koeltl.

Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **December 18, 2024** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                                                   **JOHN G. KOELTL**
                                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 4, 2024