UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

JOANNA SMITH-GRIFFIN,

          Defendant.

24-cr-648 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The next conference is scheduled for **April 24, 2025,** at **12:00 p.m.**

Because a continuance is needed to assure the effective assistance of counsel in view of the complexity of the case and the amount of discovery in the case, the Court prospectively excludes the time from today, **December 18, 2024,** until **April 24, 2025,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            December 18, 2024

                                          John G. Koeltl
                                       United States District Judge