UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOANNA SMITH-GRIFFIN,<br><br>    Defendant. | Index No. 24 Cr. 648 (JGK)<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Ryan P. Poscablo of Steptoe LLP, hereby enters appearance as counsel of record for Defendant Joanna Smith-Griffin in the above captioned action.

  I hereby certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
    January 9, 2025

STEPTOE LLP

By: */s/ Ryan P. Poscablo*
   Ryan P. Poscablo
   1114 Avenue of the Americas
   New York, New York 10036
   (212) 506-3900
   rposcablo@steptoe.com

   *Counsel for Joanna Smith-Griffin*