UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOANNA SMITH-GRIFFIN,<br><br>　　　　　　　Defendant. | Index No. 24 Cr. 648 (JGK)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Patrick F. Linehan of Steptoe LLP, hereby enters appearance as counsel of record for Defendant Joanna Smith-Griffin in the above captioned action.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: Washington, DC
　　　　January 9, 2025

　　　　　　　　　　　　　　　　　　STEPTOE LLP

　　　　　　　　　　　　　　　　　　By:　/s/ *Patrick F. Linehan*
　　　　　　　　　　　　　　　　　　　　Patrick F. Linehan
　　　　　　　　　　　　　　　　　　　　1330 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 429-3000
　　　　　　　　　　　　　　　　　　　　plinehan@steptoe.com

　　　　　　　　　　　　　　　　　　*Counsel for Joanna Smith-Griffin*