UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOANNA SMITH-GRIFFIN,<br><br>    Defendant. | Index No. 24 Cr. 648 (JGK)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Rose M. Beattie of Steptoe LLP, hereby enters appearance as counsel of record for Defendant Joanna Smith-Griffin in the above captioned action.

I hereby certify that I am an attorney admitted to practice in this Court.


Dated: Washington, DC
       January 9, 2025

STEPTOE LLP

By:  */s/ Rose M. Beattie*
     Rose M. Beattie
     1330 Connecticut Avenue, NW
     Washington, DC 20036
     (202) 429-3000
     rbeattie@steptoe.com

     *Counsel for Joanna Smith-Griffin*