

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 23, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Smith-Griffin*, 24 Cr. 648 (JGK)

Dear Judge Koeltl:

The parties write to jointly request a 90-day adjournment of the status conference scheduled in the above-captioned case for April 24, 2025, and for a corresponding exclusion of time under the Speedy Trial Act until the rescheduled conference date. An exclusion is in the interest of justice because it will allow the parties to discuss a potential disposition for this case. The defendant consents to the exclusion.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Matthew R. Shahabian
Assistant United States Attorney
(212) 637-1046

cc:   Ryan Poscablo, Esq. (by ECF)
      Patrick Linehan, Esq. (by ECF)