Ryan P. Poscablo
212 506 3921

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Steptoe**

July 23, 2025

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Smith-Griffin*, 1:24-cr-648 (JGK)

Dear Judge Koeltl:

    The parties write to jointly request a 60-day adjournment of the status conference scheduled in the above-captioned case for July 24, 2025, and for a corresponding exclusion of time under the Speedy Trial Act until the rescheduled conference date. An exclusion is in the interest of justice because it will allow the parties to discuss a potential disposition for this case. The parties have previously requested one adjournment of this status conference, and the Court granted that request.

    The parties apologize for the delay in submitting this adjournment request as they continue to work to resolve the matter and respectfully ask the Court's indulgence in granting this request.

    Respectfully submitted,

By: _/s/ Ryan P. Poscablo_
Ryan P. Poscablo, Esq.
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036
rposcablo@steptoe.com | 212.506.3900

Patrick F. Linehan, Esq.
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
plinehan@steptoe.com | 202.429.3000

cc:    Matthew R. Shahabian, Esq. (by ECF)