UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                             24 cr 648 (JGK)

      -against-

                             **SPEEDY TRIAL ORDER**

JOANNA SMITH-GRIFFIN,

                  Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, September 25, 2025, at 12:00pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **September 25, 2025** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                 /s/ John G. Koeltl
                                                 **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 23, 2025