

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 25, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Smith-Griffin*, 24 Cr. 648 (JGK)

Dear Judge Koeltl:

    The parties write to jointly request a 60-day adjournment of the status conference scheduled in the above-captioned case for September 25, 2025, and for a corresponding exclusion of time under the Speedy Trial Act until the rescheduled conference date. An exclusion is in the interest of justice because it will allow the parties to discuss a potential disposition for this case. The defendant consents to the exclusion.

                                                         Respectfully submitted,

                                                        JAY CLAYTON
                                                        United States Attorney

                                        By:  _____
                                              Matthew R. Shahabian
                                             Assistant United States Attorney
                                             (212) 637-1046

cc:    Ryan Poscablo, Esq. (by ECF)
        Patrick Linehan, Esq. (by ECF)